UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA

CASE NO. ~~08-2154-BROWN~~ 08-20147-CR-King

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

LARRY BACALLAO,

    Defendant.

_____/

## ORDER ON JOINT STIPULATION TO SATISFY NEBBIA REQUIREMENT

This matter having come before this Honorable Court on a Joint Stipulation to Satisfy Nebbia Requirement and after reviewing the file, hearing the argument of counsel, and being otherwise duly informed on the premises, it is hereby:

**ORDERED AND ADJUDGED** that the Joint Stipulation is hereby GRANTED.

**DONE AND ORDERED** in Chambers at Miami-Dade County, Florida this 12th day of March, 2008.

                      STEPHEN T. BROWN
                      UNITED STATES MAGISTRATE JUDGE

Mr. Strider Dickson, Esq.
AUSA

Mr. Joseph A. Chambrot, Esq.
Defense Attorney

UNITED STATES DISTRICT COURT
SOTHERN DISTRICT OF FLORIDA

CASE NO. ~~08-2154 BROWN~~

08-20147-CR-JLK

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

LARRY BACALLAO,

    Defendant.
_____/

## JOINT STIPULATION SATISFYING NEBBIA REQUIREMENTS OF BOND

COMES NOW the United States by and through their undersigned attorney and files this their Joint Stipulation Satisfying the Nibbia Requirement of Bond and sets forth:

UNITED STATES DISTRICT COURT • SOUTHERN DISTRICT OF FLORIDA

# ATTACHMENT(S)
# NOT SCANNED/SCANNED
## and are available in the
# SUPPLEMENTAL PAPER FILE

# PLEASE REFER TO COURT FILE MAINTAINED IN THE OFFICE WHERE THE JUDGE IS CHAMBERED

CASE NO. 08-20147-CR-JLK

Date 3/12/08

- ☐ **DUE TO POOR QUALITY**
- ☐ VOLUMINOUS (exceeds 999 pages = 4 inches)
    consisting of (boxes, notebooks, etc.) _____
- ☐ BOUND EXTRADITION PAPERS
- ☐ ADMINISTRATIVE RECORD (Social Security)
- ☐ ORIGINAL BANKRUPTCY TRANSCRIPT
- ☐ STATE COURT RECORD/TRANSCRIPT (Habeas Cases)
- ☐ SOUTHERN DISTRICT TRANSCRIPTS
- ☐ LEGAL SIZE
- ☐ DOUBLE SIDED
- ☐ PHOTOGRAPHS
- ☐ SURETY BOND (original or letter of undertaking)
- ☐ CD's, DVD's, VHS Tapes, Cassette Tapes
- ☒ OTHER = Contains personal information